UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| HUNKINS, SHAWN WILLIAM | ) Case No. 08-10172 EEB |
| | ) |
| EIN/SSN: xxx-xx-7166 | ) Chapter 7 |
| EIN/SSN: | ) |
| Debtor(s) | ) |

**ORDER CONCERNING TRUSTEE'S OBJECTION TO CLAIM**

This matter is before the Court on the Trustee's Objection to Claim. The Court after examining the file finds that notice pursuant to Rule 9013 has been given and that no objection or request for hearing has been filed by any interested party,

IT IS THEREFORE ORDERED that the claim of **King Investments** in the amount of $20,000.00 (Claim #10) is disallowed.

Dated: March 19, 2010

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge